UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In Re:  Joseph A. Borges, Jr. and Jennifer E. Borges , Debtor | Chapter: 7<br>Case No: 19–12804<br>Judge Melvin S. Hoffman |

# ORDER DISCHARGING TRUSTEE
# AND CLOSING CASE

It is hereby **ORDERED** that Donald Lassman, the Trustee is discharged from any further duties herein and that this case is hereby closed pursuant to 11 U.S.C. § 350(a).

Date:12/2/19                                           By the Court,

                                                       Melvin S. Hoffman
                                                       U.S. Bankruptcy Judge